RECEIVED
IN LAKE CHARLES, LA
OCT 25 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| INTELLECTUAL CONCEPTS, L.L.C. | : | DOCKET NO. 2:04 CV 2109 |
| VS. | : | JUDGE MINALDI |
| WONDERS OF WATER, L.L.C., HERBOLOGICS, LTD., AND WILLIAMS FOOD GROUP, L.L.C. | : | MAGISTRATE JUDGE WILSON |

## AMENDED JUDGMENT

IT IS ORDERED that the Judgment issued by this court on September 1, 2005, IS HEREBY AMENDED to reflect that the removing parties were Chromaceutical Advanced Technologies, Inc. and Dr. Robert Beck.

Lake Charles, Louisiana, this 24 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE